Scott A. Smylie (SBN 109943)
**SMYLIE & VAN DUSEN**
1350 Columbia Street, Suite 403
San Diego, CA 92101
Telephone (619) 233-9199
Facsimile (619) 233-9045

Attorneys for Defendant
Steele Canyon Golf Club Corporation

FILED

18 FEB 15 PM 2: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITTE, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>STEELE CANYON GOLF CLUB CORPORATION, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: **'18CV0355 BEN AGS**<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)**<br><br>DEMAND FOR JURY TRIAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, STEELE CANYON GOLF CLUB CORPORATION, a California corporation hereby removes to this Court the state court action described below.

1. On January 5, 2018, a suit was commenced in Superior Court of the State of California in and for the county of San Diego, entitled "MICHAEL WITTE, on behalf of himself

and all others similarly situated v. , STEELE CANYON GOLF CLUB CORPORATION, a California corporation and DOES 1 to 10, inclusive, Defendants," as Case No. 37-2018-00000721-CU-MC-CTL (the "Complaint").

2. Defendant accepted service of the Complaint on February 5, 2018. A copy of the summons and Complaint served on Defendant is attached as Exhibit 1. Thus, in accordance with 28 U.S.C. § 1446(b) Defendant has timely filed this Notice of Removal.

3. Plaintiff alleges defendant violated 15 U.S.C. §§ 1681 *et seq*. This suit is a civil action over which this Court would have original jurisdiction and is one which Defendants may remove to this Court pursuant to 28 U.S.C. § 1441.

4. Defendant will promptly serve written notice to the plaintiff in this action upon the filing of the Notice of Removal with this Court.

5. Defendant will file a true and correct copy of its Notice of Removal with the Clerk of the Court for the Superior Court of the State of California in and for the County of San Diego as provided under 28 U.S.C. § 1446 (d).

WHEREFORE, Defendant hereby removes the above-styled civil action to this Court's jurisdiction.

Dated: February 15, 2018        SMYLIE & VAN DUSEN

By: //s/ Scott A. Smylie
Scott A. Smylie, Esq.
Attorneys for Defendant
E-mail: esqsas@aol.com

2

NOTICE OF REMOVAL OF ACTION

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS098446
Cashier ID: nsiefken
Transaction Date: 02/15/2018
Payer Name: One Legal LLC

CIVIL FILING FEE
 For: One Legal LLC
 Case/Party: D-CAS-3-18-CV-000355-001
 Amount:      $400.00

CHECK
 Check/Money Order Num: 3559062
 Amt Tendered:  $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.